IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT LEE WRIGHT, III,**

   *Plaintiff*,

v.                                                                                     **Case No.: 4:24cv6-MW/MAF**

**S.C. MCHENRY,**

   *Defendant*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. The Magistrate Judge recommends that Plaintiff's 42 U.S.C. § 1983 complaint be dismissed because Plaintiff failed to comply with several court orders. *See id*. This Court has independently verified that the Magistrate Judge's Report and Recommendation has not been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

   **IT IS ORDERED:**

1. The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court's opinion.

2. Plaintiff's complaint under 42 U.S.C. § 1983, ECF No. 1, is **DISMISSED without prejudice**.

3. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** for failure to comply with court orders under Federal Rule of Civil Procedure 41(b) and N.D. Fla. L. R. 41.1."

4. The Clerk shall close the file.

**SO ORDERED on March 20, 2024.**

                                    <u>s/Mark E. Walker            </u>
                                    **Chief United States District Judge**